IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MINSUNG CHO, ISRAEL NO<br><br>    Plaintiffs,<br><br>v.<br><br>THE QUI INC. and ELLIE IL YOUNG SHIN,<br><br>    Defendants. | 1:23-cv-1480 (PTG/JFA)<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF SETTLEMENT, OR IN THE ALTERNATIVE, JOINT MOTION FOR SETTLEMENT APPROVAL

Pursuant to the Court's May 15, 2024, Order, Dkt. 36, the Parties respectfully submit this joint notice of settlement, or in the alternative, joint motion for settlement approval. Because the Parties have agreed to enter a joint stipulation of dismissal *without* prejudice, it is the Parties' position that the Court does not need to approve the settlement agreement. In the event that the Court deems approval necessary, for the reasons set forth in the accompanying memorandum, the settlement agreement reflects a fair and reasonable settlement of a *bona fide* FLSA dispute and, as such, should be approved. In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, Declaration of Molly A. Elkin, and proposed Order.


Dated: May 24, 2024                              Respectfully submitted,


                                                 */s/ Molly Elkin*
                                                 Molly A. Elkin (Va. Bar No. 40967)
                                                 Sarah M. Block (*Pro Hac Vice*)
                                                 Patrick J. Miller-Bartley (*Pro Hac Vice*)
                                                 McGILLIVARY STEELE ELKIN LLP
                                                 1101 Vermont Ave., NW

Suite 1000  
Washington, DC 20005  
Telephone: (202) 833-8855  
Fax: (202) 452-1090  
mae@mselaborlaw.com  
smb@mselaborlaw.com  
pmb@mselaborlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification Counsel for Defendants:

J. Chapman Petersen, Esq., VSB #37225
Christopher T. Robertson, Esq., VSB #93732
CHAP PETERSEN & ASSOCIATES, PLC
3970 Chain Bridge Road
Fairfax, Virginia 22030
(571) 459-2510 – Direct Dial
(571) 459-2307 – Facsimile
jcp@petersenfirm.com
cr@petersenfirm.com

                                                */s/ Molly A. Elkin*
                                                Molly A. Elkin (Va. Bar No. 40967)
                                                McGILLIVARY STEELE ELKIN LLP
                                                1101 Vermont Ave., NW
                                                Suite 1000
                                                Washington, DC 20005
                                                Telephone: (202) 833-8855
                                                Fax: (202) 452-1090
                                                mae@mselaborlaw.com

                                                *Attorney for Plaintiffs*