IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDIRA DIVISION

| | |
|---|---|
| MINSUNG CHO AND ISRAEL NO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:23-cv-1480(PTG/JFA) |
| v. ) | |
| ) | |
| THE QUI INC. AND ELLIE IL YOUNG ) | |
| SHIN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Parties' Joint Notice of Settlement, or in the Alternative, Joint Motion for Settlement Approval, it is hereby ORDERED that the Motion is granted, and further ORDERED:

(1) the Settlement reached by the Parties in this action is fair and reasonable;

(2) the terms of the Agreement are incorporated into this Settlement Approval Order;

(3) the Settlement is a fair, reasonable, and adequate resolution of a bona fide dispute;

(4) the above-captioned litigation is dismissed without prejudice; and

(5) this Court retains jurisdiction to interpret, implement, and enforce the terms of the Agreement.

/s/  6/10/24
Patricia Tolliver Giles
**United States District Judge**